```
 1
 2
 3
 4
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   EDITH STONE,                  )
                                   )   02:09-cv-02139-GEB-KJM
12             Plaintiff,          )
                                   )   ORDER TO SHOW CAUSE
13        v.                       )   AND CONTINUING STATUS
                                   )   (PRETRIAL SCHEDULING)
14   MATTHEW CATE, Secretary of the)  CONFERENCE
     California Department of      )
15   Corrections & Rehabilitation; )
     GLENDA PRESSLY, Acting        )
16   Superintendent of Education   )
     N.A. Chaderjian Youth         )
17   Correctional Facility; NANCY  )
     HANLEY, Principal, N.A. Youth )
18   Correctional Facility High    )
     School; TAMMIE SCHEID, San    )
19   Joaquin County Office of      )
     Education; THE CALIFORNIA     )
20   DEPARTMENT OF CORRECTIONS &   )
     REHABILITATION; and DOES 1    )
21   thru 10, inclusive,           )
                                   )
22             Defendants.         )
                                   )
23   _____)
```

         The August 3, 2009 Order Setting Status (Pretrial
Scheduling) Conference scheduled a status conference in this case
for November 2, 2009, and required the parties to file a joint
status report no later than fourteen days prior to the scheduling
conference.  The Order further required that a status report be

filed regardless of whether a joint report could be procured. No status report was filed as ordered.

Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on November 16, 2009 why sanctions should not be imposed against her and/or her counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written response shall also state whether Plaintiff or her counsel is at fault, and whether a hearing is requested on the OSC.[1] If a hearing is requested, it will be held on December 14, 2009, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date. A status report shall be filed no later than fourteen days prior to the status conference.

IT IS SO ORDERED.

Dated: October 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).