IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH STONE,            )<br>                         )<br>          Plaintiff,   )<br>                         )<br>     v.                  )<br>                         )<br> TAMMIE SCHEID,          )<br>                         )<br>          Defendant.    )<br> _____)  | 2:09-cv-2139-GEB-GGH<br><br><u>ORDER GRANTING DEFENDANT</u><br><u>JUDGMENT ON THE PLEADINGS</u> |

The Court filed a tentative ruling on March 22, 2011, in which it granted Defendant Tammie Scheid judgment on the pleadings. (ECF No. 34.) Plaintiff was given seven (7) days to respond to the tentative ruling and was warned that the "tentative ruling will become the order of this Court if a timely response to this tentative ruling is not filed." <u>Id.</u> Plaintiff has failed to file a response within the prescribed time period. Therefore, the Court adopts the tentative ruling filed March 22, 2011 as its order and grants Defendant judgment on the pleadings. Further, the Court previously dismissed with prejudice Plaintiff's claims against Defendants California Department of Corrections and Rehabilitation, Matthew Cate, Glenda Pressly, and Nancy Hanley. (ECF Nos. 13, 18.) Therefore, judgment shall be entered judgment in favor of Defendants.

Dated:  April 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1